

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00258-CR

| | | |
|---|---|---|
| Jonathan David Gonzalezortega | § | From the 297th District Court |
| | § | of Tarrant County (1319077D) |
| v. | § | October 29, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
Justice Bonnie Sudderth